

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,299-01

### EX PARTE RICHARD FREDRICK LOWREY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. B-09-1028-SA-W-1 IN THE 119TH DISTRICT COURT
### FROM TOM GREEN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of injury to a child causing serious mental deficiency, impairment, or injury and sentenced to thirty-five years' imprisonment. The Third Court of Appeals affirmed his conviction. *Lowrey v. State*, No. 03-10-00699-CR (Tex. App.—Austin Aug. 3, 2012) (not designated for publication).

This Court has received Applicant's Application for a Writ of Habeas Corpus filed in the trial court on April 25, 2014. This Court has also received Applicant's First Amended Application for a Writ of Habeas Corpus filed in the trial court on July 10, 2015. Applicant filed a Notice of Filing

with this Court indicating that he filed a Supplemental Application for Writ of Habeas Corpus in the trial court on December 21, 2015, and Applicant provided this Court with a courtesy copy of the pleading. The habeas record to this Court, however, has not yet been supplemented with the filing.

The trial court shall have the District Clerk of Tom Green County submit to this Court the record on the Supplemental Application for Writ of Habeas Corpus. If there is no such pleading, then the trial court shall inform this Court. Before having the Supplemental Application forwarded, the trial court may make any findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's supplemental claims for habeas corpus relief. In any case, the Supplemental Application or a statement indicating that no such pleading has been filed shall be submitted to this Court within 30 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: May 18, 2016
Do not publish